UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DESIREE GOLDEN, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>LAKELAND COMMUNITY COLLEGE,<br><br>            Defendant. | Case No. 1:23-cv-02109-CEF |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Desiree Golden pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Lakeland Community College Solutions without prejudice.

Dated: November 21, 2023

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: November 21, 2023

Respectfully submitted,

*s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

*Attorney For Plaintiff*